■ URSULA MEYER, Respondent, v. BRADLEY MANUFACTURING COMPANY (INC.), Appellant.— Order, entered on December 8, 1959, as denies defendant-appellant's motion to reduce the amount of damages from $60,700 to $700, unanimously affirmed, with $20 costs and disbursements to the

respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.